E-FILING

1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

5

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944

7 | Telephone: (831) 242-4537
FAX: (831) 242-5198

8

9 | Attorneys for Plaintiff

FILED
2007 NOV 30  A 11: 54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

UNITED STATES OF AMERICA,         )  Criminal No.: CR 07 00759 PVT
                                  )
             Plaintiff,           )  VIOLATION: 18 U.S.C. §13, assimilating
                                  )  California Penal Code §14601.5 – Driving
       vs.                        )  When Privilege Revoked for Refusing
                                  )  Chemical Test or Driving with Excessive
JAKE M. DEWITT,                   )  Blood Alcohol
                                  )
             Defendant.           )
                                  )
_____)

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Penal Code §14601.5 – Driving When Privilege Suspended or Revoked for Refusing Chemical Test or Driving with Excessive Blood Alcohol

On or about July 6, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JAKE M. DEWITT,

1

1  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was

2  suspended for driving under the age of 21 (twenty one) with a blood alcohol level of 0.01 or

3  greater, and when he had knowledge of such suspension, in violation of Title 18, United States

4  Code, Section 13, assimilating California Vehicle Code Section 14601.5, a Class B

5  misdemeanor.

6  DATED: 11/28/07

7  

8  SCOTT N. SCHOOLS
   United States Attorney

9  

10  

11  DAVID R. CALLAWAY
    Assistant United States Attorney

12  

13  (Approved as to form: _____)

14  SAUSA Nelson

E-FILING

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

OFFENSE CHARGED

FILED
2007 NOV 30  A 11: 55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

Name of District Court, and/or Judge/Magistrate Judge Location (City)

CR 07 00759 PVT

DEFENDANT -- U.S. vs.
▶ Jake M. Dewitt

Address: 101 River Drive, #65
King City, CA 93930

Birth Date: 10/27/1987   ☑ Male   ☐ Alien
                         ☐ Female   (if applicable)
(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on
THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
    Northern District of California, FHL PD

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Process: Summons for Arraignment

To appear before Judge Seeborg on 4 February, 2008 at 9:30 a.m.
U.S. District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. DEWITT

**COUNT ONE:**  18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.5(a) – A person may not drive a motor vehicle at any time when that person's driving privilege is suspended or revoked pursuant to Section 13353, 13353.1, or 13353.2 and that person has knowledge of the suspension or revocation.

Penalties:   Mandatory Minimum:
$300.00 fine
Maximum Penalties:
6 Months imprisonment
$1000.00 fine